**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12679** |
| **Joanna M Kampf** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon f/k/a** : | **Date and Time of Hearing** |
| **The Bank of New York as Trustee for** : | **Place of Hearing** |
| **Nationstar Home Equity Loan Trust** : | **January 2, 2024 at 10:30 a.m.** |
| **2007-B** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Suite 400, Courtroom** |
| **vs** : | **#2** |
| : | **Philadelphia, PA, 19107** |
| **Joanna M Kampf** : | |
| **Andrew William Kampf** | |
| **Kenneth E. West** | |
| **Respondents.** | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO ANDREW WILLIAM KAMPF ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1450 DONNA DRIVE, SOUTH HAMPTON, PA 18966 (DOCUMENT NO. 23)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Codebtor Stay on First Mortgage for Real Property Located at 1450 Donna Drive, South Hampton, PA 18966 ("Motion") filed on December 4, 2023, at Document No. 23 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 19, 2023.

23-024080_EJS1

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                        Respectfully submitted,

                                        /s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-024080_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12679** |
| **Joanna M Kampf** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon f/k/a** : | **Date and Time of Hearing** |
| **The Bank of New York as Trustee for** : | **Place of Hearing** |
| **Nationstar Home Equity Loan Trust** : | **January 2, 2024 at 10:30 a.m.** |
| **2007-B** : | |
| **Movant,** : | |
| : | **U.S. Bankruptcy Court** |
| vs : | **900 Market Street, Suite 400, Courtroom** |
| : | **#2** |
| **Joanna M Kampf** | **Philadelphia, PA, 19107** |
| **Andrew William Kampf** | |
| **Kenneth E. West** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B for Relief from the Automatic Stay and Codebtor Stay as to Andrew William Kampf on First Mortgage for Real Property located at 1450 Donna Drive, South Hampton, PA 18966 (Document No. 23) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

GEORGE R. TADROSS, Attorney for Joanna M Kampf, gtadross@tadrosslaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

23-024080_EJS1

Joanna M Kampf, 1450 Donna Drive, Southampton, PA  18966

Andrew William Kampf, 1450 Donna Drive, South Hampton, PA  18966

/s/Alyk L. Oflazian

23-024080_EJS1