## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 23-12679 |
| Joanna M Kampf | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B | Date and Time of Hearing |
| | Place of Hearing |
| | January 2, 2024 at 10:30 a.m. |
| Movant, | U.S. Bankruptcy Court |
| vs | 900 Market Street, Suite 400, Courtroom #2 |
| | Philadelphia, PA, 19107 |
| Joanna M Kampf | |
| Andrew William Kampf | |
| Kenneth E. West | |
| Respondents. | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO ANDREW WILLIAM KAMPF ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1450 DONNA DRIVE, SOUTH HAMPTON, PA 18966

This matter came before the Court on the Motion for Relief from Stay and the Codebtor Stay (the "Motion") filed by The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B ("Creditor") regarding the real property located at 1450 Donna Drive, South Hampton, PA 18966.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor and Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

23-024080_EJS1

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 and the codebtor stay imposed by § 1301 of the Bankruptcy Code are terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s).  Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered.  If the Property has not been sold, the deficiency claim is to be estimated.

Date: January 4, 2024

Judge Magdeline D. Coleman
United States Bankruptcy Judge

**SUBMITTED BY**:

/s/Alyk L. Oflazian
Alyk L. Oflazian (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

CC:

23-024080_EJS1

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

GEORGE R. TADROSS, Attorney for Debtor, George Tadross, 128 Chestnut St, Ste 301b, Philadelphia, PA  19106, gtadross@tadrosslaw.com (notified by ecf)

Joanna M Kampf, Debtor, 1450 Donna Drive, Southampton, PA  18966 (notified by regular US Mail)

Andrew William Kampf, Codebtor, 1450 Donna Drive, South Hampton, PA  18966 (notified by regular US Mail)

23-024080_EJS1