United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12679-mdc

Joanna M Kampf     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jan 05, 2024     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna M Kampf, 1450 Donna Drive, Southampton, PA 18966-4335 |
| 14832896 | + | The Bank of New York Mellon, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14814978 | | The Bank of New York Mellon, C/O Alyk l. Oflazian, PO BOX 165028, Columbus, OH 43216-5028 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2024 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 05:08:00 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | ^ | MEBN | Jan 06 2024 01:47:23 | The Bank Of New York Mellon, f/k/a The Bank of New York, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14814876 | | Email/Text: amps@manleydeas.com | Jan 06 2024 02:48:00 | The Bank of New York Mellon, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14831140 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | The Bank of New York Mellon, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14813064 | | Andrew Kampf |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 9 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor The Bank Of New York Mellon amps@manleydeas.com |
| GEORGE R. TADROSS | on behalf of Debtor Joanna M Kampf gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor The Bank Of New York Mellon bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-12679 |
| Joanna M Kampf | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| The Bank of New York Mellon f/k/a | : Date and Time of Hearing |
| The Bank of New York as Trustee for | : Place of Hearing |
| Nationstar Home Equity Loan Trust | : January 2, 2024 at 10:30 a.m. |
| 2007-B | : |
| Movant, | : U.S. Bankruptcy Court |
| | : 900 Market Street, Suite 400, Courtroom #2 |
| vs | : Philadelphia, PA, 19107 |
| | : |
| Joanna M Kampf | : |
| Andrew William Kampf | |
| Kenneth E. West | |
| Respondents. | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO ANDREW WILLIAM KAMPF ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 1450 DONNA DRIVE, SOUTH HAMPTON, PA 18966

This matter came before the Court on the Motion for Relief from Stay and the Codebtor Stay (the "Motion") filed by The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B ("Creditor") regarding the real property located at 1450 Donna Drive, South Hampton, PA 18966.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor and Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

23-024080_EJS1

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 and the codebtor stay imposed by § 1301 of the Bankruptcy Code are terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s). Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered. If the Property has not been sold, the deficiency claim is to be estimated.

Date: January 4, 2024

Judge Magdeline D. Coleman
United States Bankruptcy Judge

**SUBMITTED BY**:

/s/Alyk L. Oflazian
Alyk L. Oflazian (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

CC:

23-024080_EJS1

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

GEORGE R. TADROSS, Attorney for Debtor, George Tadross, 128 Chestnut St, Ste 301b, Philadelphia, PA  19106, gtadross@tadrosslaw.com (notified by ecf)

Joanna M Kampf, Debtor, 1450 Donna Drive, Southampton, PA  18966 (notified by regular US Mail)

Andrew William Kampf, Codebtor, 1450 Donna Drive, South Hampton, PA  18966 (notified by regular US Mail)

23-024080_EJS1