# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-12679 |
| Joanna M Kampf | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B | : Related Document # 15 |
| Movant, | : |
| vs | : |
| | : |
| Joanna M Kampf | : |
| Andrew William Kampf | |
| Kenneth E. West, Trustee | |
| Respondents. | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 15)

Now comes The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on October 9, 2023, at Docket Number 15. The Objection to Confirmation of Plan is being withdrawn because relief from the Automatuc Stay was granted by Order entered January 4, 2024, at Docket No. 28.

                                                    Respectfully submitted,

                                                    /s/Alyk L. Oflazian

                                                    Alyk L. Oflazian, Esquire (312912)
                                                    Adam B. Hall (323867)
                                                    Manley Deas Kochalski LLC
                                                    P.O. Box 165028
                                                    Columbus, OH  43216-5028
                                                    Telephone: 614-220-5611
                                                    Fax: 614-627-8181
                                                    Attorneys for Creditor

23-024080_SCS2

The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-024080_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12679** |
| **Joanna M Kampf** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon f/k/a The** : | **Related Document # 15** |
| **Bank of New York as Trustee for** : | |
| **Nationstar Home Equity Loan Trust** : | |
| **2007-B** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Joanna M Kampf** : | |
| **Andrew William Kampf** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 15) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

GEORGE R. TADROSS, Attorney for Joanna M Kampf, gtadross@tadrosslaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joanna M Kampf and Andrew William Kampf, 1450 Donna Drive, Southampton, PA  18966

/s/Alyk L. Oflazia

23-024080_SCS2