United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12679-mdc |
| Joanna M Kampf | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna M Kampf, 1450 Donna Drive, Southampton, PA 18966-4335 |
| 14813066 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 14832896 | + | The Bank of New York Mellon, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14814978 | | The Bank of New York Mellon, C/O Alyk l. Oflazian, PO BOX 165028, Columbus, OH 43216-5028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2024 00:24:45 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | ^ | MEBN | Feb 10 2024 00:16:04 | The Bank Of New York Mellon, f/k/a The Bank of New York, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14813065 | + | Email/Text: claimbnk@studentloan.org | Feb 10 2024 00:19:00 | Aspire Servicing Center, Attn: Bankruptcy, Po Box 659705, West Des Moines, IA 50265-0970 |
| 14813067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2024 00:24:37 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14813069 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2024 00:19:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14813070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2024 00:19:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14813071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2024 00:19:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14813072 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 10 2024 00:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14813073 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2024 00:24:46 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14813076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2024 00:24:28 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14813074 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 10 2024 00:19:00 | ECMC, Attn: Bankruptcy, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14813075 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 10 2024 00:20:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 23-12679-mdc    Doc 37    Filed 02/11/24    Entered 02/12/24 00:28:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14813068 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2024 00:24:37 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14818242 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2024 00:24:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813077 | | Email/Text: EBN@Mohela.com | Feb 10 2024 00:19:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14825193 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2024 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14813078 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2024 00:19:00 | Mr Cooper/Nationstar, 8950 Cypress WAters Blvd, Coppell, TX 75019-4620 |
| 14813079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2024 00:24:45 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14813780 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14813080 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2024 00:24:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14813081 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2024 00:24:47 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14814876 | | Email/Text: amps@manleydeas.com | Feb 10 2024 00:19:00 | The Bank of New York Mellon, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14831140 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2024 00:19:00 | The Bank of New York Mellon, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14813082 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 10 2024 00:20:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14813083 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 10 2024 00:19:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14813064 | | Andrew Kampf |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor The Bank Of New York Mellon amps@manleydeas.com |
| GEORGE R. TADROSS | on behalf of Debtor Joanna M Kampf gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor The Bank Of New York Mellon bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    JOANNA M KAMPF

        Debtor

Chapter 13

Bankruptcy No. 23-12679-MDC

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: February 8, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge